UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL COREY HENDERSON

        Plaintiff,

v.                                                                              Case No. 13-11503
                                                                             Honorable Julian Abele Cook, Jr.

COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

## ORDER

      This case involves a complaint by the Plaintiff, Michael Corey Henderson, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). Thereafter, Henderson filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. The Commissioner likewise filed a motion for summary judgment. Both motions were forwarded by the Court to Magistrate Judge David R. Grand for evaluation. In a report on March 11, 2014, the Magistrate Judge recommended that Henderson's motion for summary judgment be granted in part.

      As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

The Court hereby grants the Plaintiff's motion for summary judgment (ECF No. 11) to the extent that it seeks remand, and denies the request as it pertains to an award of benefits. This case is remanded to the ALJ for further proceedings consistent with the Magistrate Judge's recommendation.

IT IS SO ORDERED.

Date: August 4, 2014  s/Julian Abele Cook, Jr.
JULIAN ABELE COOK, JR.
U.S. District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 4, 2014.

s/ Kay Doaks
Case Manager